**David W. KNUDSEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100821**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: December 23, 2014

Emmett D. Queener, Woodrail Centre, 1000 W. Nifong, Bldg. 7, Suite 100, Columbia, Missouri 65203, for appellant.

Chris Koster, Robert J. (Jeff) Bartholomew, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## *ORDER*

### PER CURIAM

David Knudsen ("Movant") appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Movant pled guilty to second-degree domestic assault and first-degree assault, in return for which the State of Missouri ("State") dismissed a count of armed criminal action. The trial court sentenced Movant to concurrent sentences of 15 years for each count. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).